972

No. 91–1334.  LAKE COUNTRY, INC. *v.* OLSEN ET UX.  C. A. 4th Cir.  Certiorari denied.

No. 91–1349.  MORGENTHAU, DISTRICT ATTORNEY, NEW YORK COUNTY *v.* RANDALL.  Ct. App. N. Y.  Certiorari denied.

No. 91–1352.  TABRIZIAN *v.* MODY ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 91–1400.  USA McDONALD CORP., DBA NORCO PRODUCTS *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 91–5142.  HERRERA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–6160.  HENTHORN *v.* UNITED STATES; and LAWRENCE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 930 F. 2d 920 (first case); 936 F. 2d 580 (second case).

No. 91–6282.  BALAWAJDER *v.* WILLIAMS, DISTRICT COURT JUDGE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 91–6362.  HAIDAR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6374.  RANSOM *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–6386.  BAILES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–6587.  YEPMA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6934.  HENRY *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 91–6946.  COLEMAN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 91–6957.  HANUS *v.* SODORO, DALY & SODORO LAW FIRM. Sup. Ct. Neb.  Certiorari denied.